IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR45 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the petition for action on conditions of pretrial release (Filing No. 51). The Court has been advised that defendant has surrendered to the appropriate institution to commence service of his sentence. Accordingly,

IT IS ORDERED that the petition for action on conditions of pretrial release (Filing No. 51) is dismissed.

DATED this 28th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court